(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Aug 10-05

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Charles Francis Cardone
(Enter above the full name of the plaintiff in this action)

V.

- Jonathon BAKER - Correctional Officer
- Correctional Officer Chaffinch
- SCI Warden Richard Kearney

(Enter above the full name of the defendant(s) in this action

05 - 600

FILED

AUG 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [✓]   NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs ___SEE - "another piece of paper"___

Defendants ___"   "   "   "   "   "   "   /___

I  Previous lawsuits   42 U.S.C. §1983    Aug 6, 05

A. Yes

(1)

B. I am filing a prisoner complaints under the Civil Rights Act, 42 U.S.C. §1983. On the approximate date of July 25, 2005, I sent one of these complaints under the Civil Rights Act, 42 U.S.C. §1983 to the Clerk of U.S. District Court in Wilmington, DE, along with written statements and other materials describing (to the best of my abilities) the attempted murders of by Sussex Correctional Institutions Correctional Officers and the assaults by those defendants on me, Charles F. Cardone. As of the above date, the Clerk has not responded to the complaints I sent "the Court" on July 25, 2005. Thus, I am sending this Complaint of August 6, 2005 to the Clerk of the Court.

1. I, Charles F. Cardone, am the Plaintiff of this Aug. 6, 2005 and July 25, 2005, Complaint.

Defendants — Warden Raphael Williams
— Chief Bureau Prisons - Paul W. Howard
— Ruth Ann Minner - Governor

* Con't →

Con't.- I, Previous lawsuits / 42 U.S.C § 1983

(2)                                     Aug. 6, 05

1. Defendants -
   — Delaware Department of Corrections
   — Multi Purpose Criminal Justice Facility (Gander Hill)
 * SCI  — Warden Rick Kearney
   — Sgt. Barry Biles
   — C/O Ryan Morgan

2. —

3. — 1:03-cv-00514-KAJ
     1:02-cv-01609-KAJ
     1:00-cv-00118-RRM

4. — KAJ - KAJ - RRM

5. 00514 - Dismissed w/out prejudice - Failure to Pros.
   01609 - Dismissed as Frivolous
   00118 - Dismissed for failure to sub- trust acct. state...

IV - Statement of Claims :

* As per the date above, Aug 6, 2005, I, Charles F. Cardone, have included prior 1983's that have been dismissed, swept

<u>3</u>                                      Aug 6, 05

## 1983 s Continued...

\* under the rugs, etc., let us try, now, to right the various wrongs inflicted on me by the various institutions, (prisons) of Delaware and their agents I am naming as defendants in these various 42:1983 Prisoner Civil Rights violations, I am including in the wrongs, "the attempted murder of me by agents of the State of Delaware,") the brutal and unnecessary, malicious, pre-meditated, attempts to kill me while my hands were handcuffed behind my back and my feet shackled together ... the many times I was punched in the head, punched and kicked in the my head and other, various, parts of my body. these murderous attempts to kill me were done blatantly, while these named defendants were safe in their beliefs and assumptions

7

that they could and would, be exonerated by their employers and the State who repeatedly, and continually, allow these agents to do the aforementioned, in front of witnesses I shall present when the State decides to take my allegations to a jury to decide my fate. — On these 1983 s I have filed, and will file, the word DEMAND : $O$ appears... that could not be further from the truth... my demands, at this time, (Aug 6, 2005) are these:

8

I want a complete physical, mental, and any other kind of examination available to me to diagnose and prognose the results of these various attempts on my life.... then we will discuss monetary damages —

2. Court (if federal court, name the district; if state court, name the county) _Wilmington_

3. Docket number _See-'attached'_

4. Name of judge to whom case was assigned _ATTached_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _ATTached_

6. Approximate date of filing lawsuit (1) 5-28-03, (2) 11-05-02, (3) 2-24-00

7. Approximate date of disposition (1) 8-11-03, (2) 9-30-03, (3) 4-13-00

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C.  If your answer is YES,

1.  What steps did you take? _I took all steps available w/ no results_

2.  What was the result? _you tell me then, we will both know_

D.  If your answer is NO, explain why not _____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F.  If your answer is YES,

1.  What steps did you take? ~~_____~~

2.  What was the result? ~~_____~~

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Charles F. Cardone_

   Address _Bldg (18) C5U_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _SEE Attached_ is employed as _____

   _____ at _____

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_SEE Attached_

-3-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

SEE Attached

*I want a complete physical, mental, neurological, examinations from the top of my head, to the tips of my toes and all points in between. Prison medical facilities and personnel are excluded in any and all

Signed this 6 day of Aug, 19 2005

_Charles P. Carlone_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Aug 6, 05              _Charles P. Carlone_
Date                   ( Signature of Plaintiff)

of the aforementioned. I want, and need, medical attention and I need it quickly... I have have been in contact with the courts, (State + Federal), prison medical personnel, State Police of Delaware, and the defendants named in this action (to include my court appointed attorney, Michael A brom, of Ed Gill's office in Georgetown about these attempts (5)

-4-

on my life... nobody knows, or does, anything. I want millions of dollars in punitive damages, for a start.

cpc 8-10-05



IM Charles J. Carbone
SBI# 098159  UNIT B2L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Attn:
Peter Dalleo

Pour-moi

US District Court
Lockbox 18
844 N. King St
Wilm. DE
19801

* Please certify + Return