# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*OS-600*

TO: *Charles Cardone* SBI#: *098159*

FROM: *Stacy Shane, Support Services Secretary*

RE: ___6 Months Account Statement___

DATE: *August 3, 2005*

---

*Attached are copies of your inmate account statement for the months of* *February 1, 2005* to *July 31, 2005*

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 84.38 |
| July | 213.34 |

**Average daily balances/6 months:** *132.49*

*Attachments*
*CC: File*

*Stacy Shane*
*8/3/05*

# Individual Statement - No Transactions This Month

Date Printed: 8/2/2005                                                                                    Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|----|------------------|-------|
| 00098159 | CARDONE | CHARLES | | | | |
| **Current Location:** | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|--|

## Individual Statement – No Transactions This Month

Date Printed: 8/2/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | | CHARLES | | | | |
| Current Location: | | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 8/2/2005                                                      Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|-------------------|-------|
| 00098159 | CARDONE | CHARLES | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |

Date Printed: 8/2/2005

## Individual Statement

### For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: SU/1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 5/24/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 110429 | | | |

Ending Mth Balance:    $0.00

Date Printed: 8/2/2005

# Individual Statement

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00098159 | CARDONE | CHARLES | | | | |
| Current Location: | SU/1 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Mail | 6/1/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 114486 | 92754601593 | | E. CARDON |
| Misc | 6/2/2005 | $8.25 | $0.00 | $0.00 | $58.25 | 115387 | 42386 | SCI | |
| Misc | 6/8/2005 | $41.80 | $0.00 | $0.00 | $100.05 | 117781 | 42484 | SCI | |
| Pay-To | 6/9/2005 | ($5.66) | $0.00 | $0.00 | $94.39 | 118473 | | DST/POSTAGE | |
| Canteen | 6/28/2005 | ($14.87) | $0.00 | $0.00 | $79.52 | 124852 | | | |

Ending Mth Balance:   $79.52

# Individual Statement

Date Printed: 8/2/2005

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $79.52 | |
|-----|-----------|-----------|-----|--------|------------------|---|--------|---|
| 00098159 | CARDONE | CHARLES | | | | | | |

Current Location:  SU/1          Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|-------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 7/6/2005 | $2.90 | $0.00 | $0.00 | $82.42 | 128747 | | REFUND | |
| Canteen | 7/6/2005 | ($32.08) | $0.00 | $0.00 | $50.34 | 128758 | | | |
| Pay-To | 7/7/2005 | ($4.42) | $0.00 | $0.00 | $45.92 | 129726 | | DST/POSTAGE | |
| Canteen | 7/12/2005 | ($14.97) | $0.00 | $0.00 | $30.95 | 130521 | | | |
| Misc | 7/20/2005 | $500.00 | $0.00 | $0.00 | $530.95 | 134099 | 216721 | | MERCANTILE COUNT |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $530.58 | 135326 | | DST/POSTAGE | |
| Canteen | 7/26/2005 | ($112.88) | $0.00 | $0.00 | $417.70 | 136003 | | | |
| Pay-To | 7/28/2005 | ($1.29) | $0.00 | $0.00 | $416.41 | 137465 | | DST/POSTAGE | |

Ending Mth Balance:          $416.41