OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2005

TO:  Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE:  Two Letters Received August 27, 2005
CA 05-536 KAJ
CA 05-600 KAJ

Dear Mr. Cardone:

In response to the various questions asked in the above letters received by the Clerk's office:

1) The Clerk's office has forwarded your Authorization Form to the DCC Business Office for the processing of filing fee deductions for CA 05-536.

2) Two separate civil 1983 complaint forms were received from you on 7/25/05 and 8/15/05; hence, two separate civil actions were opened by the Clerk's office, CA 5-536 & CA 05-600.

3) It is not the policy of the Clerk's office to provide you with copies of any documents you filed in your cases. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc