IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES FRANCIS CARDONE     )
                            )
          Plaintiff,        )
                            )
     v.                     )   Civil Action No. 05-600 KAJ
                            )
CORRECTIONAL OFFICER JONATHAN )
BAKER, CORRECTIONAL OFFICER )
CHAFFINCH, SCI WARDEN RICHARD )
KEARNEY,                    )
                            )
          Defendant(s).     )


**ORDER**


          1.  The plaintiff Charles Francis Cardone, SBI #

098159, a pro se litigant who is presently incarcerated, has

filed this action pursuant to 42 U.S.C. § 1983 without prepayment

of the filing fee or a request to proceed in forma pauperis

pursuant to 28 U.S.C. § 1915.

          2.  On August 25, 2005, this Court assessed the

plaintiff the $250.00 filing fee and ordered him to provide a

request to proceed in forma pauperis and a certified copy of his

prison trust fund account statement for the six-month period

immediately preceding the filing of the above-referenced

complaint.  The plaintiff submitted the required documents on

September 2, 2005.  Based on the plaintiff's submissions, his

request to proceed in forma pauperis is granted.

3.    In evaluating the plaintiff's account information
pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that
the plaintiff has an average account balance of $49.60 for the
six months preceding the filing of the complaint.  The
plaintiff's average monthly deposit is $100.49 for the six months
preceding the filing of the complaint. Accordingly, the
plaintiff is required to pay an initial partial filing fee of
$20.10, this amount being 20 percent (20%) of $100.49, the
greater of his average monthly deposit and average daily balance
in the trust fund account for the six months preceding the filing
of the complaint.  **Therefore, the plaintiff shall, within thirty
days from the date this order is sent, complete and return the
attached authorization form allowing the agency having custody of
him to forward the $20.10 initial partial filing fee and
subsequent payments to the Clerk of the Court.  FAILURE OF THE
PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM
THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS
ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY PAYMENT MADE OR
REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT
DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO
STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY
RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

4.    Upon receipt of this order and the authorization

2

form, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $20.10 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court.  Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 9/27/05

United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
CHARLES FRANCIS CARDONE          )
                                 )
          Plaintiff,             )
                                 )
          v.                     )  Civil Action No. 05-600 KAJ
                                 )
CORRECTIONAL OFFICER JONATHAN    )
BAKER, CORRECTIONAL OFFICER      )
CHAFFINCH, SCI WARDEN RICHARD    )
KEARNEY,                         )
                                 )
          Defendant(s).          )
```

**AUTHORIZATION**

I, Charles Francis Cardone, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.10 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Name of Plaintiff