Sept. 22, 05

Peter T. Dalleo, Clerk - District Ct.
RE: Dismissals w/out prejudice
   05-CV-600 KAJ and 05-CV-536 KAJ

Hello Peter,

I am requesting status of the above as I do not wish them to be dismissed. — As I do not have your response re the additional defendant's (c/o DRUGASH + Commander Timothy Winstead of Troop 4 State Police in Georgetown, DE) to be added to either of the above complaints, may I have your response?

1. I'm requesting jury trials in both actions

2. I'm demanding 2 million dollars in each of the 2 actions

3. I'm requesting a complete and thorough medical examinations to include physical, neurological, mental, and any other state of the art examinations available to determine the extent of my injuries sustained in the 3

→

separate beatings of me by Sussex Correctional Officers I have named as defendants. As to the remaining defendants, I have named them because I made them aware of the beatings and they did not respond to my pleas. Please respond, Mr. Dalleo

Charles F. Cardone
Delaware Correctional Center
Bldg. SHU (19) B8L
SBI # 098159
1181 Paddock Road
Smyrna, DE
19977

