TO: Peter Dalleo

RE: CA 05-536 KAJ
    +
    CA 05-600 KAJ

Sept. 29, 05

Hello Peter,

You told me in a previous letter if I wanted copies of the paperwork I sent to you re the above CA(s), I would need to pay $.50 per page.... if you would send me an amount to cover the above, I will have the Business Office here at DCC send you a check.

Sincerely
Charles F. Cardone

FILED
OCT 3 – 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



IM Charles F. Cardone
SBI# 098159    UNIT SHU 19 B8L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 No. King St. Lockbox 18
Wilmington, DE
19801-3570