TO: Peter Dalleo
    Clerk, U.S. District Court, Wilm., DE

RE: Civil Actions Nos. 05-600 KAJ
                             and
                        05-536 KAJ

Hello, Peter,

FILED OCT 7 2005 — U.S. DISTRICT COURT DISTRICT OF DELAWARE

As of this date, I am contemplating researching state tort claims statutes and/or administrative claims procedures with (expectantly) assistance from DCC's law library, re the above civil actions. I (as a state-prisoner) should review state statutes to find laws relating to tort claims.... I wish to choose the best avenue for bringing my claim; the state tort system or (and) filing a complaint in federal court if my claim involves constitutional violations. I should decide if I want the pre-trial correctional officers to be monetarily responsible to compensate me for my injuries and/or the state government to be required to compensate me.... these avenues should be made clearer to me as long as I am assisted by the law library, here, at the SHU (Secured Housing Unit) of Delaware Correctional Center. In this SHU, the only access to the law library is by in-house mail which is one punitive measure utilized by Delaware's prison system to hinder and deter redress of constitutionally protected rights. As to my above civil actions.... one of my sons is advancing the filing fees to me for the actions and I shall forward the fees to the court (you) as soon as I receive the $500.00 (Five Hundred dollars) for both of the actions. Or, shall I let the institution deduct the 20% every month? I should not think this to be legal advice, just your policy procedure re the filing fees. Please advise. — I have sent

→

this letter to you to keep you (and the court) of my intentions. I will endeavor to follow through with the aforementioned as I do not want my present actions dismissed like my previous 1983s. I am acting pro se only because the dozen attorneys I have contacted will not represent me. Out of the dozen attorneys, not one had the professional courtesy to respond to my letters. I do understand the importance of being represented by counsel and will continue to seek representation. — I have signed both authorization forms and returned, to you, those forms, allowing this prison (DCC) to forward initial partial filing fees and subsequent payments, not to exceed the $250.00 per action number. — Allow this letter to be my second request of you (Clerk of the court) to send me a copy fee amount so I may forward a check from my prison account to the court so I may have a record of documents I sent to the court, previously, to accompany my 2 civil actions. — I can't think of anything else, so, I ain't going no where. Thank you,

Sincerely,
Charles F. Cardone

Charles F. Cardone
DCC · Bldg. SHU (19) - B8L
1181 Paddock Road
Smyrna, DE 19977
SBT #098159

I/M Charles J. Cardone
SBI# 098159  UNIT SHU (A) BBL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Clerk of the Court
Lockbox 18
844 King St. U.S. Courthouse
Wilmington DE
19801

$00.37⁰  OCT 06 2005
MAILED FROM ZIP CODE 19977