~~EAC - Ineff. Assist of Counsel Claim~~ / Oct. 9, 05

→ 7/25/2005 - 1:05 CV 00536 KAJ

Send pay-to to Pete for

(Attachments: #1 Exhibit 1 #2 Exhibit 2 #3 Exhibit 3 part 1 #4 Exhibit 3 part 2 #5 Exhibit 4 #6 Exhibit 5) (els,) Additional attachment(s) (Exhibit 1 replaced on 8/2/2005 (dab,). =

$5.00 — 10 copies @ 50¢ per page/exhibit - ~~Pa~~ Check drawn on Charles P. Cardone's prison account and submitted for copies of the above Exhibits to be forwarded to Charles P. Cardone

FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Hello Peter,
　　I'm sending (DCC's business office is) ~~you~~ money (.50) per page for copies I sent to you in support of  05 CV 00536 KAJ
　　　　　　　　　and
　　　　　　05-600 KAJ

— Am I correct, that 1:02-CV-01609-KAJ is the only 1983 that I have, on record, that was Dismissed As
　　　　　　　　　　　　　　　Frivolous?

