Jan. 7, 2006

TO: Peter Dalleo
Clerk of US District Ct., DE

RE:  05-CV-00536 KAJ
     05-CV-00600 KAJ

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

Pursuant to F.R. Civil P. Rule 4(m), I am requesting the court to extend the time for service for an appropriate period of 60 days in the above complaints. I am still waiting for DCC's SHU Law Library to send me Waiver of Service forms so I may serve these waivers on the defendants.

Respectfully

Charles F. Cardone
SBI #098159



I/M Charles F. Cardone
SBI# 098159 Unit SHU-19 88L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

*CLERK*
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, DE 19801