OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 26, 2006

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**RE: Status Letter; 05-536 and 05-600(KAJ)**

Dear Mr. Cardone:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    Please be advised that as of this date **no service order has been issued**.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

Jan. 17, 2006

TO: Peter Dalleo
Clerk of US District Ct, DE

RE: 05-CV-00536 KAJ (27)
    05-CV-00600 KAJ (26)

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

Pursuant to F.R. Civil P. Rule 4(m) BD/Scanned I am requesting the court to extend the time for service for an appropriate period of 60 days in the above complaints. I am still waiting for DCC's SHU Law Library to send me Waiver of Service forms so I may serve these waivers on the defendants.

Respectfully
Charles F. Cardone
SBI #098159

To: Peter Dalleo
Clerk of US District CT, DE

Jan. 12, 06

RE: 05-CV-00536-KAJ (29)
05-CV-00600-KAJ (27)

FILED
JAN 20 2005
U.S. DISTRICT COURT
DISTRICT OF DE

Sir:

Brian Engrem and a Mr. Young of DCC's law library will not supply US Marshal forms to me until they see the Court's acceptance of my 1983s and the Court's order to provide them (US Marshal 285's). Enclosed you will see verification of my above statement. Please acknowledge

\* Pursuant to F.R.C.P. 4(d) Waiver of Service - On December 3, 2005, I sent a request to DCC Law Library to provide me with 15 Waiver of Service forms... as of the above date (Jan. 12, 06), I have not received those forms... cfc

Respectfully,
Charles F. Carlone
SBI 098159