(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Charles F. Cardone    098159_
   (Name of Plaintiff)    (Inmate Number)

_SEE ADDitional_
(Complete Address with zip code)

(2) _SHEETS_
   (Name of Plaintiff)    (Inmate Number)

: _1:05-cv-00600KAJ_
: (Case Number)
: (to be assigned by U.S. District Conrt)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _SEE_

(2) _ADDitional_

(3) _SHEETS_
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

Jury Trial Requested

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  **PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
    including year, as well as the name of the judicial officer to whom it was assigned:

_Related Cases:  1:00-cv-00118-RRM_
_1:00-cv-01609-KAJ_
_1:03-cv-00514-KAJ_
_1:05-cv-00536-KAJ_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ••<u>Yes</u>  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ••<u>Yes</u>  ••No

C. If your answer to "B" is <u>Yes</u>:

1. What steps did you take? _I have exhausted SCI's available administrative remedies pursuant to 42 USC §1997(e)(a)_

2. What was the result? _I was transfered to DCC, Smyrna, where I am now._

D. If your answer to "B" is <u>No</u>, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Jonathan Baker_
   Employed as _C/O_ at _Sussex Correction Inst. (SCI)_
   Mailing address with zip code: _PO Box 500 Georgetown, DE 19947_

(2) Name of second defendant: _Chaffinch_
   Employed as _C/O_ at _SCI_
   Mailing address with zip code: _PO Box 500 Georgetown, DE 19947_

(3) Name of third defendant: _Floyd_
   Employed as _C/O_ at _SCI_
   Mailing address with zip code: _PO Box 500 Georgetown, DE 19947_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)  _yes_

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. This is a complaint for damages brought under 42 U.S.C. §1983, in connection with three (3) unprovoked attacks (the defendants named represent one (1) attack) on Plaintiff Charles F. Cardone, a prisoner at DCC at Smyrna

2. (at the time of the three (3) unprovoked attacks) by defendants, Jonothon Baker, CHAffincH, FLoyD, prison (SCI) correctional officers.

3. the attack on plaintiff was a violation of my constitutional rights under the Eight Amendment's prohibition against cruel and unusual punishment. AT the times of the above attacks on plaintiff, plaintiff was in pre-trial, detainee status at Sussex Correctional Institution in Georgetown, DE

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff prays for relief as follows: 1) that the court enter judgment declaring the acts of defendants violated the rights of plaintiff under the Eighth Amendment of the United States Constitution....

3

2.) That the court award general damages to plaintiff. (3) that the court award punitive damages to plaintiff...

4) that the court grant such other further relief to plaintiff as it deems appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __January__, 2_006_.

_Charles F. Carbone_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Page 1

ADDITIONAL SHEETS

Address of Plaintiff -   CHARLES F. CARDONE
                        SBI #098159 • BLDG.-SHU(19)B8L
1:05-cv-00600 KAJ       DELAWARE CORRECTIONAL CENTER
                        1181 Paddock Road
                        Smyrna, DE   19977

— Name of Defendants —
   c/o Jonathon Baker - SCI
   c/o Chaffinch - SCI
   Warden Richard Kearney - SCI
   CPT Timothy Winstead - Commander
                        DE State Police, troop 4
                        23652 Shortley Road
                        Georgetown, DE   19947

